**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Moris Aragon DUENAS, also known**
**as Moris Aragon Duenes,**
**Defendant-Appellant**

No. 16-11457
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed July 18, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Moris Aragon Duenas, Pro Se

Before PRADO, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Moris Aragon Duenas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aragon Duenas has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Walter Alexander Ejcalon XALCUT,**
**also known as Chapin,**
**Defendant-Appellant**

No. 16-20593
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed July 18, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Walter Alexander Ejcalon Xalcut, Pro Se

Before PRADO, HAYNES, and HIGGINSON, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

**364**

PER CURIAM: *

The attorney appointed to represent Walter Alexander Ejcalon Xalcut has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ejcalon Xalcut has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.